IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-459-FDW-DCK

| | |
|---|---|
| SCOTT E. DIMMICK, and JODIE C. DIMMICK, <br><br> Plaintiffs, <br><br> v. <br><br> PARTNERS INSURANCE AGENCY, INC., EMERSON L. DIMMICK, and KAREN A. DIMMICK, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by Robert Daniel Gibson, concerning Aaron D. Martin, on September 7, 2021. Aaron D. Martin seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**. Aaron D. Martin is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 7, 2021

David C. Keesler
United States Magistrate Judge