IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-CV-459-FDW-DCK

| | |
|---|---|
| SCOTT E. DIMMICK and JODIE C. DIMMICK,<br><br>Plaintiffs,<br><br>vs.<br><br>PARTNERS INSURANCE AGENCY, INC, EMMERSON L. DIMMICK, and KAREN A. DIMMICK,<br><br>Defendants, | **NOTICE OF APPEARANCE** |

The undersigned hereby makes a general appearance as counsel for Defendants, Partner Insurance Agency, Inc., Emmerson L. Dimmick and Karen A. Dimmick in this action.

Respectfully submitted this the 5th day of October, 2022

/s/Ryan B. Tiede_____
Ryan B. Tiede
N.C. Bar No. 43258
James P. Galvin
Attorneys for Defendants
N.C. Bar No. 33933
Thurman, Wilson, Boutwell & Galvin, P.A.
301 S. McDowell Street, Ste. 608
Charlotte, North Carolina 28204
Ryan@twbglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a October 5, 2022, a true and correct copy of Defendants' Notice of Appearance of Counsel was electronically filed and available for downloading from the ECF System, and pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document pm the following parties who have consented to electronic service

Aaron D. Martin, Esq
Mette, Evans & Woodside
3401 North Front Street
Harrisburg, PA 17110
admartin@mette.com

Matthew M. Hennesey
Barley Snyder, LLP
126 East King Street
Lancaster, PA 17602
mhennesy@barley.com

This the 5th day of October, 2022.

/s/Ryan B. Tiede
Ryan B. Tiede
N. C. Bar No. 43258
James P. Galvin
Attorneys for Defendants
N.C. Bar No. 33933
Thurman, Wilson, Boutwell & Galvin, P.A.
301 S. McDowell Street, Ste. 608
Charlotte, NC 28204
Telephone: (704) 377-1464
Ryan@twbglaw.com