IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-CV-459-FDW-DCK

| | |
|---|---|
| SCOTT E. DIMMICK and JODIE C. DIMMICK, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PARTNERS INSURANCE AGENCY, INC, EMMERSON L. DIMMICK, and KAREN A. DIMMICK, )<br>)<br>)<br>)<br>Defendants, )<br>_____) | DEFENDANTS PARTNERS INSURANCE AGENCY, INC., EMMERSON L. DIMMICK AND KAREN A. DIMMICK MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT FILED ON OCTOBER 6, 2022 |

NOW COMES, Defendants, Partners Insurance Agency, Inc., Emmerson L. Dimmick and Karen A. Dimmick, through counsel, respectfully moves the Court pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an Order extending the time to which to respond to Plaintiff's Amended Complaint or otherwise plead. It is shown to the Court that that service of process was obtained October 6, 2022. Responses are currently due on November 7, 2022. These Defendants are in need of additional thirty (30) days in which to respond to the Amended Complaint of otherwise plead. It is further shown to the Court that the extension requests is not for the purpose of undue delay or any other improper purpose.

WHEREFORE, Defendants, Partners Insurance Agency, Inc., Emmerson L. Dimmick and Karen A. Dimmick respectfully requests a thirty (30) day extension until December 5, 2022, to respond to Plaintiff's Amended Complaint or otherwise plead.

Respectfully submitted this the 7th day of November, 2022

/s/Ryan B. Tiede_____
Ryan B. Tiede
N.C. Bar No. 43258
James P. Galvin
Attorneys for Defendants
N.C. Bar No. 33933
Thurman, Wilson, Boutwell & Galvin, P.A.
301 S. McDowell Street, Ste. 608
Charlotte, North Carolina 28204
Ryan@twbglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a November 7, 2022, a true and correct copy of Defendants' Defendants, Partners Insurance Agency, Inc., Emmerson L. Dimmick and Karen A. Dimmick Motion to Extension of Time in which to Respond to Plaintiff's Amended Complaint was electronically filed and available for downloading from the ECF System, and pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document pm the following parties who have consented to electronic service.

Aaron D. Martin, Esq
Mette, Evans & Woodside
3401 North Front Street
Harrisburg, PA 17110
admartin@mette.com

Matthew M. Hennesey
Barley Snyder, LLP
126 East King Street
Lancaster, PA 17602
mhennesy@barley.com

This the 7th day of November, 2022.

/s/Ryan B. Tiede_____
Ryan B. Tiede
N. C. Bar No. 43258
James P. Galvin
Attorneys for Defendants
N.C. Bar No. 33933
Thurman, Wilson, Boutwell & Galvin, P.A.
301 S. McDowell Street, Ste. 608
Charlotte, NC 28204
Telephone: (704) 377-1464
Ryan@twbglaw.com