IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-459-FDW-DCK

| | |
|---|---|
| JODIE C. DIMMICK, and SCOTT E. DIMMICK, <br><br> Plaintiffs, <br><br> v. <br><br> PARTNERS INSURANCE AGENCY, INC., <br> EMERSON L. DIMMICK, and <br> KAREN A. DIMMICK, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants . . . Moton For Extension Of Time To Answer Or Otherwise Respond To The Amended Complaint…" (Document No. 46) filed November 7, 2022. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that "Defendants . . . Moton For Extension Of Time To Answer Or Otherwise Respond To The Amended Complaint…" (Document No. 46) is **GRANTED with modification**. Defendants shall file an Answer(s), or otherwise respond to Plaintiff's Amended Complaint, on or before **November 30, 2022**.

Signed: November 7, 2022

David C. Keesler
United States Magistrate Judge