IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| Scott E. Dimmick and<br>Jodie C. Dimmick, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | No. 3:21-cv-00459-FDW-DCK |
| | : | |
| Partners Insurance Agency, Inc.,<br>Emerson L. Dimmick, and<br>Karen A. Dimmick, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, upon consideration the **Motion of Plaintiffs/ Counterclaim Defendants Scott E. Dimmick and Jodie C. Dimmick for Judgment on the Pleadings as to All Counterclaims Pursuant to Federal Rule of Civil Procedure 12(c)** and any response thereto, it is **ORDERED** that Defendants' Counterclaim I (alleging breach of "Compensation Agreement") and Counterclaim II (alleging breach of "Profit Agreement") are **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

_____
Frank D. Whitney
United States District Judge