J. Anderson Little
P.O. Box 16205
Chapel Hill, NC 27516



RECEIVED
Charlotte, NC

JUN 22 2023

Clerk, US District Court
Western District NC

Clerk of Court
Room 212
401 W. Trade St.
Charlotte, NC 28202

**MEDIATION, INC.**          28202-161962

Case 3:21-cv-00459-FDW-DCK   Document 55-1   Filed 06/22/23   Page 1 of 1